## MUNOZ et al. v. RUSSELL.
### No. 10633.

Court of Civil Appeals of Texas.
San Antonio.

Nov. 29, 1939.

---

Kennedy Smith, of Raymondville, and F. G. Garza, of Falfurrias, for appellants.

Keys & Holt and Oscar Spitz, all of Corpus Christi, for appellee.

SLATTON, Justice.

The appellants having failed to file briefs in this Court, and there appearing no fundamental error on the face of the record, the judgment of the trial court is affirmed.